## STOECKLE *v.* WOLKE.

No. 1557, Misc.   Decided May 29, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SWEET BRIAR INSTITUTE *v.* BUTTON ET AL.

No. 1106.   Decided May 29, 1967.

*Frank G. Davidson, Jr.,* and *Thomas S. Currier* for appellant.

*Robert Y. Button,* Attorney General of Virginia, *pro se,* and *R. D. McIlwaine III,* Assistant Attorney General, for appellees.

PER CURIAM.

The judgment of the United States District Court for the Western District of Virginia is reversed.   *England* v. *Louisiana State Board of Medical Examiners,* 375 U. S. 411 (1964).   The case is remanded for consideration on the merits.   Section 202 of the Civil Rights Act of 1964, 78 Stat. 244, 42 U. S. C. § 2000a–1.   *Kline* v. *Burke Construction Co.,* 260 U. S. 226.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART would affirm the judgment.